**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tommy Tam<br>fdba Original Philly Steaks, fdba Country Fair Fries & Dogs, fdba Country Fair Original Philly Steaks, fdba Turkey and Salad Sensations, aka Wai Chiu Tam, fdba Philly Steaks<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-17147 ref |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of VWCredit, Inc. as servicer for VW Credit Leasing, Ltd and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734