**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**TOMMY TAM,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-17147 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Amended Chapter 13 Plan was served upon the addresses listed below and all parties in interest by way of electronic means on April 28, 2018 and/or via first class mail on May 3, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - RRamos-Cardona@fredreiglech13.com

JEROME B. BLANK on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor VW Credit Leasing, Ltd
bkgroup@kmllawgroup.com

Tommy Tam
1608 West Leesport Road
Leesport, PA  19533

                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
        1100 Berkshire Blvd., Suite 301
        Wyomissing, PA  19610
        610-779-0772

```
Label Matrix for local noticing          Synchrony Bank                            Reading
0313-4                                   c/o PRA Receivables Management, LLC       400 Washington Street
Case 17-17147-ref                        PO Box 41021                              Suite 300
Eastern District of Pennsylvania         Norfolk, VA 23541-1021                    Reading, PA 19601-3951
Reading
Thu May  3 13:58:15 EDT 2018

Ally Financial                           Ally Financial                            Arthritis Joint and Replacement
P.O. Box 380901                          PO Box 130424                             c/o Accounts Advocate Agency
Minneapolis, MN 55438-0901               Roseville MN 55113-0004                   dba The Debt Mediators
                                                                                   POB 231
                                                                                   Shoemakersville, PA 19555-0231

BM Manager Inc. ta Berkshire Mall LP     BM Manager, Inc.                          BM Manager, Inc. trading as
Attn:  Manager                           c/o K. Kirk Karagelian, Esquire           Berkshire Mall LP, successor by
4737 Concord Pike                        Carroll & Karagelian LLP                  conversion to Berkshire Mall, LLC
Wilmington DE 19803-1442                 15 West Front Street, POB 1440            1665 State Hill Road
                                         Media, PA 19063-8440                      Wyomissing, PA 19610-1977

Barclay's Bank Delaware                  Business Financial Services/BFS Capital   COMENITY BANK
P.O. Box 8803                            3301 North University Drive, Suite 300    PO BOX 182789
Wilmington, DE 19899-8803                Coral Springs, FL 33065-4149              COLUMBUS, OH 43218-2789

CSC Credit Services                      Capital One                               Capital One Bank
Box 740040                               POB 30285                                 Attn: Bankruptcy Department
Atlanta, GA 30374-0040                   Salt Lake City, UT 84130-0285             P.O. Box 30285
                                                                                   Salt Lake City, UT 84130-0285

Capital One Bank                         Chex Systems Inc.                         Children First Home Healthcare, Inc.
PO Box 30281                             ATTN: Customer Relations                  1220 Broadcasting Road Suite 202
Salt Lake City, UT 84130-0281            7805 Hudson Rd                            Wyomissing, PA 19610-3221
                                         Suite 100
                                         Woodbury, MN 55125-1703

Comenity Bank/Bon Ton                    Commonwealth of Pennsylvania              Credit One Bank
P.O. Box 182789                          Department of Labor and Industry          P.O. Box 98873
Columbus, OH 43218-2789                  651 BOAS STREET                           Las Vegas, NV 89193-8873
                                         Harrisburg, PA 17121-0725

Eileen Tam                               Equifax Information Services LLC          Experian
1608 West Leesport Road                  P.O. Box 740256                           Business Information Services
Leesport, PA 19533-8839                  Atlanta, GA 30374-0256                    475 Anton Blvd.
                                                                                   Costa Mesa, CA 92626-7037

FIRST PREMIER BANK                       Feeser's Inc.                             Grease Stop LLC
601 S MINNESOTA AVE                      5561 Grayson Road                         POB 4006
SIOUX FALLS, SD 57104-4868               Harrisburg, PA 17111-3327                 Reading, PA 19606-0406

HSBC Bank USA, National Assoc.           HSBC Bank USA, National Association et al.   HSBC/Household Finance Co.
c/o Jerome Blank, Esq.                   Wells Fargo Bank, N.A.                    P.O. Box 3425
1617 JFK Boulevard, Ste 1400             Default Document Processing               Buffalo, NY 14240-3425
One Penn Center Plaza                    N9286-01Y
Philadelphia, PA 19103-1823              1000 Blue Gentian Road
                                         Eagan MN 55121-7700
```

| | | |
|---|---|---|
| Hospital of the University of Penn.<br>Trustees UPHS HUP Patient<br>POB 824336<br>Philadelphia, PA 19182-4336 | Household Finance Co.<br>1421 Kristina Way<br>Chesapeake, VA 23320-8917 | Inhome Oxygen & Medical Supplies, Inc.<br>P.O. Box 6363<br>Reading, PA 19610-0363 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kawa Trading, Inc.<br>1717 North Delaware Avenue<br>Philadelphia, PA 19125-4320 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>10705 S Jordan Gtwy Ste 200<br>South Jordan, UT 84095-3977 | OnDeck<br>901 North Stuart Street, Suite 700<br>Arlington, VA 22203-4129 |
| Penn Medicine<br>UPHS Physicians Patient Pay<br>POB 824406<br>Philadelphia, PA 19182-4406 | Penn State Health/St. Joseph Medical Ctr<br>POB 644168<br>Pittsburgh, PA 15264-4168 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Professional Anesthesia Services<br>c/o Apex Asset Management<br>2501 Oregon Pike, Ste. 102<br>Lancaster, PA 17601-4890 |
| Publishers Clearing House<br>POB 6344<br>Harlan, IA 51593-1844 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/AMAZON<br>PO BOX 965015<br>ORLANDO, FL 32896-5015 |
| Slomin's<br>125 Lauman Lane<br>Hicksville, NY 11801-6539 | Small Business Term Loans, Inc.<br>3301 N. University Drive, Ste 300<br>Coral Springs, FL 33065-4149 | Spring Ridge Surgical Specialists<br>2758 Century Blvd., Ste. 1<br>Wyomissing, PA 19610-3358 |
| Surgical Institute of Reading<br>P.O. Box 9031<br>Lancaster, PA 17604-9031 | Surgical Institute of Reading<br>c/o Arcadia Recovery Bureau, LLC<br>POB 70256<br>Philadelphia, PA 19176 | THD/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 |
| Tom's Delivery Service<br>1281 Fox Run<br>Reading, PA 19606-1139 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19022 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| VW Credit Leasing, Ltd<br>C/O VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | VW Credit, Inc.<br>c/o Rebecca A. Solarz, Esq<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106-1541 | Verizon<br>PO Box 28000<br>Lehigh Valley, PA 18002-8000 |

```
(p)VOLKSWAGEN CREDIT UNION              Wells Fargo Home Mortgage              Wells Fargo Home Mortgage
1401 FRANKLIN BLVD                      P.O. Box 10335                         P.O. Box 11701
LIBERTYVILLE IL 60048-4460              Des Moines, IA 50306-0335              Newark, NJ 07101-4701


FREDERICK L. REIGLE                     GEORGE M. LUTZ                         Tommy Tam
Chapter 13 Trustee                      Hartman, Valeriano, Magovern & Lutz, PC   1608 W. Leesport Road
2901 St. Lawrence Avenue                1100 Berkshire Blvd.                   Leesport, PA 19533-8839
P.O. Box 4010                           Suite 301
Reading, PA 19606-0410                  P.O. Box 5828
                                        Wyomissing, PA 19610-5828
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC      Volkswagen Credit
POB 41067                               P.O. Box 3
Norfolk VA 23541                        Hillsboro, OR 97123
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HSBC Bank USA, National Association As Tru    (u)VW Credit Leasing, Ltd              (d)Synchrony Bank
                                                                                        c/o PRA Receivables Management, LLC
                                                                                        PO Box 41021
                                                                                        Norfolk, VA 23541-1021


(d)VW Credit Leasing, Ltd               End of Label Matrix
c/o VW Credit, Inc.                     Mailable recipients    65
PO Box 9013                             Bypassed recipients     4
Addison, Texas 75001-9013               Total                  69
```