**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>**TOMMY TAM,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-17147 REF** |

## CERTIFICATE OF SERVICE

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Avoid Judgment Lien of BM Manager, Inc. trading as Berkshire Mall LP successor by conversion to Berkshire Mall, LLC, were served upon the addresses listed below by way of electronic means on July 9, 2018 and/or via first class mail on July 11, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - RRamos-Cardona@fredreiglech13.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. - paeb@fedphe.com

JEROME B. BLANK on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

BM Manager, Inc.
1665 State Hill Road
Wyomissing, PA 19610

Carroll & Karagelian LLP - devine@csklaw.com *(Sent via e-mail on July 11, 2018)*

BM Manager, Inc.
c/o K. Kirk Karagelian, Esquire
15 West Front Street, POB 1440
Media, PA 19063

                                                **Hartman, Valeriano, Magovern & Lutz, P.C.**

                                By:    *s/Alyssa J. Merkey*
                                       1100 Berkshire Blvd., Suite 301
                                       Wyomissing, PA  19610
                                       610-779-0772