# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tommy Tam fdba Original Philly Steaks, fdba Country Fair Fries & Dogs, fdba Country Fair Original Philly Steaks, fdba Turkey and Salad Sensations, aka Wai Chiu Tam, fdba Philly Steaks<br>                              Debtor(s) | CHAPTER 13 |
| VW Credit Leasing, Ltd, its successors and/or assigns<br>                              Movant<br>          vs.<br><br>Tommy Tam fdba Original Philly Steaks, fdba Country Fair Fries & Dogs, fdba Country Fair Original Philly Steaks, fdba Turkey and Salad Sensations, aka Wai Chiu Tam, fdba Philly Steaks<br>                              Debtor(s)<br><br>Frederick L. Reigle Esq.<br>                              Trustee | NO. 17-17147 ref |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of VW Credit Leasing, Ltd, which was filed with the Court on or about **December 20, 2017; Docket No. 16**.

                              Respectfully submitted,

                              **/s/ Kevin G. McDonald, Esquire**
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

September 20, 2018