**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In Re:**<br><br>**TOMMY TAM,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-17147 REF** |

**PRAECIPE TO RELIST HEARING**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly relist the hearing on Debtor's Motion to Avoid Judgment Lien of BM Manager, Inc. trading as Berkshire Mall LP successor by conversion to Berkshire Mall, LLC, which was filed on July 9, 2018, Docket No. 23.

Date: October 2, 2018

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/George M. Lutz, Esquire*

Attorney I.D. No.: 46437
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610
Counsel for Debtor
610-779-0772