**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : **CHAPTER 13** |
| **TOMMY TAM,** | : |
| | : **BANKRUPTCY NO. 17-17147 REF** |
| Debtor. | : |
| | : |

**NOTICE OF APPEARANCE AND
REQUEST OF CIARDI CIARDI & ASTIN FOR SERVICE OF
NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Daniel S. Siedman, Esquire, of Ciardi Ciardi & Astin, on behalf of BM Manager, Inc., a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Daniel S. Siedman, Esquire
Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA  19103
215-557-3550 phone
215-557-355 l fax
dsiedman@ciardilaw.com

CIARDI CIARDI & ASTIN

By:  */s/ Daniel S. Siedman*
Daniel S. Siedman, Esquire

Dated: October 3, 2018