# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tommy Tam fdba Original Philly Steaks, fdba Country Fair Fries & Dogs,  fdba Country Fair Original Philly Steaks, fdba Turkey and Salad Sensations,  aka Wai Chiu Tam,  fdba Philly Steaks<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| VW Credit Leasing, Ltd, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br>Tommy Tam fdba Original Philly Steaks, fdba Country Fair Fries & Dogs,  fdba Country Fair Original Philly Steaks, fdba Turkey and Salad Sensations,  aka Wai Chiu Tam,  fdba Philly Steaks<br>　　　　　　　　　Debtor(s)<br><br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | NO. 17-17147 ref |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of VW Credit Leasing, Ltd, which was filed with the Court on or about **December 19, 2017; Docket No. 14**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

October 4, 2018