*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tommy Tam
    Debtor(s)

Case No: 17–17147–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

**RESCHEDULED HEARING**

Motion to Avoid Lien with BM Manager, Inc. trading as Berkshire Mall LP successor by conversion to Berkshire Mall, LLC Filed by Tommy Tam Represented by GEORGE M. LUTZ

    on: 11/14/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 10/22/18

Timothy B. McGrath
Clerk of Court

34 – 23
Form 167