**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **TOMMY TAM,** | **Bankruptcy No. 17-17147 REF** |
| **Debtor** | |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was served upon the addresses listed below and upon all parties in interest by way of electronic means on December 15, 2018 and/or via first class mail on December 18, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - RRamos-Cardona@fredreiglech13.com

JEROME B. BLANK on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al.  - paeb@fedphe.com

K. KIRK KARAGELIAN on behalf of Creditor BM Manager, Inc. - karagelian@csklaw.com, devine@csklaw.com

KEVIN G. MCDONALD on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. - paeb@fedphe.com

THOMAS YOUNG.HAE SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee et al - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

DANIEL S. SIEDMAN on behalf of Creditor BM Manager, Inc. - dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Tommy Tam
1608 West Leesport Road
Leesport, PA  19533

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:      *s/Alyssa J. Merkey*
         1025 Berkshire Blvd., Suite 700
         Wyomissing, PA  19610
         610-779-0772

Label Matrix for local noticing
0313-4
Case 17-17147-ref
Eastern District of Pennsylvania
Reading
Tue Dec 18 08:52:07 EST 2018

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Arthritis Joint and Replacement
c/o Accounts Advocate Agency
dba The Debt Mediators
POB 231
Shoemakersville, PA 19555-0231

BM Manager Inc. ta Berkshire Mall LP
Attn:  Manager
4737 Concord Pike
Wilmington DE 19803-1442

BM Manager, Inc.
c/o Daniel S. Siedman, Esq
One Commerce Square
2005 Market Street, Ste 3500
Philadelphia, PA 19103-7011

BM Manager, Inc.
c/o K. Kirk Karagelian, Esquire
Carroll & Karagelian LLP
15 West Front Street, POB 1440
Media, PA 19063-8440

BM Manager, Inc. trading as
Berkshire Mall LP, successor by
conversion to Berkshire Mall, LLC
1665 State Hill Road
Wyomissing, PA 19610-1977

Barclay's Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

Business Financial Services/BFS Capital
3301 North University Drive, Suite 300
Coral Springs, FL 33065-4149

COMENITY BANK
PO BOX 182789
COLUMBUS, OH 43218-2789

CSC Credit Services
Box 740040
Atlanta, GA 30374-0040

Capital One
POB 30285
Salt Lake City, UT 84130-0285

Capital One Bank
Attn: Bankruptcy Department
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130-0281

Chex Systems Inc.
ATTN: Customer Relations
7805 Hudson Rd
Suite 100
Woodbury, MN 55125-1703

Children First Home Healthcare, Inc.
1220 Broadcasting Road Suite 202
Wyomissing, PA 19610-3221

Comenity Bank/Bon Ton
P.O. Box 182789
Columbus, OH 43218-2789

Commonwealth of Pennsylvania
Department of Labor and Industry
651 BOAS STREET
Harrisburg, PA 17121-0725

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Eileen Tam
1608 West Leesport Road
Leesport, PA 19533-8839

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
Business Information Services
475 Anton Blvd.
Costa Mesa, CA 92626-7037

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104-4868

Feeser's Inc.
5561 Grayson Road
Harrisburg, PA 17111-3327

Grease Stop LLC
POB 4006
Reading, PA 19606-0406

HSBC Bank USA, National Assoc.
c/o Jerome Blank, Esq.
1617 JFK Boulevard, Ste 1400
One Penn Center Plaza
Philadelphia, PA 19103-1823

HSBC Bank USA, National Association et al.
Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

HSBC/Household Finance Co.
P.O. Box 3425
Buffalo, NY 14240-3425

Hospital of the University of Penn.
Trustees UPHS HUP Patient
POB 824336
Philadelphia, PA 19182-4336

Household Finance Co.
1421 Kristina Way
Chesapeake, VA 23320-8917

Inhome Oxygen & Medical Supplies, Inc.
P.O. Box 6363
Reading, PA 19610-0363

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kawa Trading, Inc.
1717 North Delaware Avenue
Philadelphia, PA 19125-4320

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
10705 S Jordan Gtwy Ste 200
South Jordan, UT 84095-3977

OnDeck
901 North Stuart Street, Suite 700
Arlington, VA 22203-4129

Penn Medicine
UPHS Physicians Patient Pay
POB 824406
Philadelphia, PA 19182-4406

Penn State Health/St. Joseph Medical Ctr
POB 644168
Pittsburgh, PA 15264-4168

Pennsylvania Department of Revenue
Bankruptcy Division
Department 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Professional Anesthesia Services
c/o Apex Asset Management
2501 Oregon Pike, Ste. 102
Lancaster, PA 17601-4890

Publishers Clearing House
POB 6344
Harlan, IA 51593-1844

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

SYNCB/AMAZON
PO BOX 965015
ORLANDO, FL 32896-5015

Slomin's
125 Lauman Lane
Hicksville, NY 11801-6539

Small Business Term Loans, Inc.
3301 N. University Drive, Ste 300
Coral Springs, FL 33065-4149

Spring Ridge Surgical Specialists
2758 Century Blvd., Ste. 1
Wyomissing, PA 19610-3358

Surgical Institute of Reading
P.O. Box 9031
Lancaster, PA 17604-9031

Surgical Institute of Reading
c/o Arcadia Recovery Bureau, LLC
POB 70256
Philadelphia, PA 19176

THD/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

Tom's Delivery Service
1281 Fox Run
Reading, PA 19606-1139

Trans Union
P.O. Box 1000
Chester, PA 19016-1000

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

VW Credit Leasing, Ltd
C/O VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

VW Credit, Inc.
c/o Rebecca A. Solarz, Esq
701 Market Street, Ste 5000
Philadelphia, PA 19106-1541

Verizon
PO Box 28000
Lehigh Valley, PA 18002-8000

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335


Wells Fargo Home Mortgage
P.O. Box 11701
Newark, NJ 07101-4701

GEORGE M. LUTZ
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd.
Suite 700
P.O. Box 5828
Wyomissing, PA 19610-5828

Tommy Tam
1608 W. Leesport Road
Leesport, PA 19533-8839


WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606-2265



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Volkswagen Credit
P.O. Box 3
Hillsboro, OR 97123



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BM Manager, Inc.
t/a Berkshire Mall, LP

(u)HSBC Bank USA, National Association As Tru

(du)HSBC Bank USA, National Association As Tr


(u)VW Credit Leasing, Ltd

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013


End of Label Matrix
Mailable recipients    66
Bypassed recipients     6
Total                  72