**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**TOMMY TAM,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-17147 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant Debtor's Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: March 4, 2019

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                        **by:**    */s/ George M. Lutz*

                                            George M. Lutz, Esquire
                                            1025 Berkshire Blvd, Suite 700
                                            Wyomissing, PA 19610
                                            Attorney I.D. No. 46437
                                            Phone: 610-779-0772
                                            Fax: 610-779-7473