**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**TOMMY TAM,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-17147 REF** |
|---|---|

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $6,600.00, of which $0.00 was received pre-petition, for reimbursement of actual, necessary fees.

**Date: March 6, 2019**

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

*Copies to:*

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

Scott F. Waterman, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

Tommy Tam
1608 West Leesport Road
Leesport, PA 19533

**All creditors**