United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17147-ref
Tommy Tam                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Mar 18, 2019
                         Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
14013077    HSBC Bank USA, National Association et al.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
      DANIEL S. SIEDMAN    on behalf of Creditor    BM Manager, Inc. dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com
      GEORGE M. LUTZ    on behalf of Debtor Tommy  Tam glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
      JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee For, et. al. paeb@fedphe.com
      K. KIRK KARAGELIAN    on behalf of Creditor    BM Manager, Inc. karagelian@csklaw.com, devine@csklaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
      ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com
      SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee For, et. al. paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17147-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Tommy Tam
1608 W. Leesport Road
Leesport PA 19533

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/15/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: HSBC Bank USA, National Association et al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/20/19

Tim McGrath
**CLERK OF THE COURT**