IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-17147-elf |
| TOMMY TAN, | Chapter 13 |
| Debtor, | Document No. 53, 54 |
| VW CREDIT LEASING, LTD | |
| Movant, | Hearing Date: June 27, 2019<br>Time: 11:00 am |
| v. | Madison Building, 400 Washington Street,<br>Suite 300, Reading, PA 19601 |
| TOMMY TAN, and<br>SCOTT F. WATERMAN, Chapter 13 Trustee, | Response Deadline: June 17, 2019 |
| Respondents. | |

CERTIFICATE OF SERVICE

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 3rd day of June, 2019, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay (filed at Document No. 53) and a copy of the Notice of Motion, Hearing Date and Response Deadline (filed at Document No. 54) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Tommy Tam
1608 W. Leesport Road
Leesport, PA 19533

Eileen Tam
Non-Filing Co-Debtor
1608 W. Leesport Road
Leesport, PA 19533

George M. Lutz
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd., Suite 700
P.O. Box 5828
Wyomissing, PA 19610

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/*Keri P. Ebeck*
        Keri P. Ebeck, Esq.
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        707 Grant Street
        Suite 2200, Gulf Tower
        Pittsburgh, PA 15219
        Phone - (412) 456-8112
        Fax - (412) 456-8135

        Counsel for VW Credit Leasing, Ltd.