IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TOMMY TAM,<br><br>      Debtor,<br><br>VW CREDIT LEASING, LTD<br><br>      Movant,<br><br>   v.<br><br>TOMMY TAM, and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br><br>      Respondents. | Bankruptcy No. 17-17147-elf<br><br>Chapter 13<br><br>Document Nos. 53 and 56<br><br>Hearing Date: July 23, 2019<br><br>Response Deadline: June 17, 2019 |

ORDER OF COURT

AND NOW, this 23rd day of July, 2019, upon consideration of the foregoing *Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby

**ORDERED** that the Stipulation (Doc. # 57) is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**