```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 17-17147-elf
Tommy Tam                                                       Chapter 13
           Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4            User: Keith              Page 1 of 1            Date Rcvd: Jul 23, 2019
                                Form ID: pdf900          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
```
db             +Tommy Tam,    1608 W. Leesport Road,    Leesport, PA 19533-8839
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2019 02:36:04      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
```
              DANIEL S. SIEDMAN    on behalf of Creditor    BM Manager, Inc. dsiedman@ciardilaw.com,
               dtorres@ciardilaw.com;sfrizlen@ciardilaw.com
              GEORGE M. LUTZ    on behalf of Debtor Tommy  Tam glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee For, et.
               al. paeb@fedphe.com
              K. KIRK KARAGELIAN    on behalf of Creditor    BM Manager, Inc. karagelian@csklaw.com,
               devine@csklaw.com
              KERI P EBECK    on behalf of Creditor    VW Credit Leasing, Ltd kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee
               For, et. al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
               al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 17-17147-elf |
|---|---|
| TOMMY TAM, | Chapter 13 |
| Debtor, | Document Nos. 53 and 56 |
| VW CREDIT LEASING, LTD | |
| Movant, | Hearing Date: July 23, 2019 |
| v. | Response Deadline: June 17, 2019 |
| TOMMY TAM, and
SCOTT F. WATERMAN, Chapter 13 Trustee, | |
| Respondents. | |

ORDER OF COURT

AND NOW, this 23rd day of _____July_____, 2019, upon consideration of the foregoing *Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby

**ORDERED** that the Stipulation (Doc. # 57) is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**