## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tommy Tam                                    CHAPTER 13
fdba Original Philly Steaks
fdba Country Fair Fries & Dogs                      BKY. NO. 17-17147 ELF
fdba Country Fair Original Philly Steaks
fdba Turkey and Salad Sensations
aka Wai Chiu Tam
fdba Philly Steaks

                        Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of HSBC Bank USA, National Association as
Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, series 2006-WF1
Mortgage Pass-Through Certificates and index same on the master mailing list.


                            Respectfully submitted,
                            **/s/Kevin G. McDonald, Esq.**
                            Kevin G. McDonald, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322