**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 13 Bankruptcy** |
| **TOMMY TAM,** | |
| | **Bankruptcy No. 17-17147 ELF** |
| **Debtor** | |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to Motion for Relief from Automatic Stay of Specialized Loan Servicing LLC was served upon the addresses listed below by way of electronic means on October 8, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - ecfmail@readingch13.com, ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. - paeb@fedphe.com

KERI P EBECK on behalf of Creditor VW Credit Leasing, Ltd - kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

K. KIRK KARAGELIAN on behalf of Creditor BM Manager, Inc. - karagelian@csklaw.com, devine@csklaw.com

***KEVIN G. MCDONALD on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. - bkgroup@kmllawgroup.com

***KEVIN G. MCDONALD on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

DANIEL S. SIEDMAN on behalf of Creditor BM Manager, Inc. - dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

REBECCA ANN SOLARZ on behalf of Creditor VW Credit Leasing, Ltd  - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al. - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor VW Credit Leasing, Ltd - bkgroup@kmllawgroup.com

***Counsel for Movant*

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
1025 Berkshire Blvd., Suite700
Wyomissing, PA  19610
610-779-0772