# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-17147(PMM) |
| TOMMY TAM | : | |
| fdba ORIGINAL PHILLY STEAKS | : | CHAPTER 13 |
| fdba COUNTRY FAIR FRIES & DOGS | : | |
| fdba COUNTRY FAIR ORIGINAL | : | |
| PHILLY STEAKS | : | |
| fdba TURKEY AND SALAD SENSATIONS | : | |
| fdba WAL CHIU TAM | : | |
| fdba PHILLY STEAKS | : | HEARING SCHEDULED FOR |
| Debtor | : | AUGUST 11, 2020 AT 10:00A.M. |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay and Co-Debtor Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301(c) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on July 17, 2020, upon the following individuals:

                                                  LAVIN, CEDRONE GRAVER, BOYD & DiSIPIO

DATED:  July 17, 2020         By:   /s/ Regina Cohen
                                            Regina Cohen, Esquire
                                            Attorneys for Ally Financial Inc.

## SERVICE LIST

George M. Lutz, Esquire
1025 Berkshire Boulevard
Suite 700
P.O. Box 5828
Wyomissing, PA 19610
(Via ECF Only)

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)

Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Tommy Tam
1608 W. Leesport Road
Leesport, PA 19533

Eileen Tam
1608 W. Leesport Road
Leesport, PA 19533

2166838v1