| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17147-PMM

| | |
|---|---|
| TOMMY  TAM | Petition Filed Date: 10/21/2017 |
| 1608 W. LEESPORT ROAD | 341 Hearing Date: 12/19/2017 |
| LEESPORT  PA    19533 | Confirmation Date: 02/07/2019 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/10/2019 | $800.00 | | 05/08/2019 | $350.00 | | 05/28/2019 | $350.00 | |
| 08/13/2019 | $950.00 | Automatic Pay | 09/13/2019 | $950.00 | Automatic Pay | 10/15/2019 | $950.00 | |
| 11/14/2019 | $950.00 | | 12/13/2019 | $950.00 | | 01/13/2020 | $950.00 | |
| 02/13/2020 | $950.00 | | 03/13/2020 | $950.00 | | 04/13/2020 | $950.00 | |
| 05/13/2020 | $950.00 | | 06/15/2020 | $950.00 | | 07/13/2020 | $950.00 | |

**Total Receipts for the Period:  $12,900.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $16,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | BM MANAGER INC TA BERKSHIRE MALL LP<br>»» 007 | Unsecured Creditors | $169,320.79 | $0.00 | $169,320.79 |
| 13 | SMALL BUSINESS TERM LOANS INC<br>»» 013 | Unsecured Creditors | $21,369.00 | $0.00 | $21,369.00 |
| 8 | BM MANAGER INC TA BERKSHIRE MALL LP<br>»» 08S | Secured Creditors | $10,000.00 | $1,351.60 | $8,648.40 |
| 8 | BM MANAGER INC TA BERKSHIRE MALL LP<br>»» 08U | Unsecured Creditors | $119,300.29 | $0.00 | $119,300.29 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $612.26 | $82.77 | $529.49 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $3,710.92 | $3,710.92 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09S | Secured Creditors | $11,285.00 | $1,525.27 | $9,759.73 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $7,805.26 | $0.00 | $7,805.26 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $1,029.58 | $0.00 | $1,029.58 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,750.33 | $0.00 | $1,750.33 |
| 17 | MERRICK BANK<br>»» 017 | Unsecured Creditors | $1,853.91 | $0.00 | $1,853.91 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,567.10 | $0.00 | $1,567.10 |
| 15 | MOMA FUNDING LLC<br>»» 015 | Unsecured Creditors | $1,677.62 | $0.00 | $1,677.62 |
| 16 | MOMA FUNDING LLC<br>»» 016 | Unsecured Creditors | $1,220.27 | $0.00 | $1,220.27 |

**Chapter 13 Case No. 17-17147-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Creditors | $901.78 | $901.78 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06S | Secured Creditors | $5,578.84 | $754.05 | $4,824.79 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $116.13 | $0.00 | $116.13 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $689.81 | $0.00 | $689.81 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $970.73 | $0.00 | $970.73 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $451.69 | $0.00 | $451.69 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $642.35 | $86.81 | $555.54 |
| 4 | VW CREDIT INC<br>»» 004 | Secured Creditors | $978.34 | $0.00 | $978.34 |
| 5 | VW CREDIT INC<br>»» 005 | Secured Creditors | $11,268.60 | $0.00 | $11,268.60 |
| 19 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 019 | Attorney Fees | $6,600.00 | $6,600.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,500.00 | Current Monthly Payment: | $930.00 |
| Paid to Claims: | $15,013.20 | Arrearages: | $2,200.00 |
| Paid to Trustee: | $1,486.80 | Total Plan Base: | $43,810.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.