**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re: <br><br> TOMMY TAM, <br><br> Debtor | **Chapter 13  Bankruptcy** <br><br> **Bankruptcy No. 17-17147 PMM** |

**CERTIFICATE OF SERVICE**

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on December 12, 2021 true and correct copies of the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission and Escrow of Funds for Attorney's Fees, and to Permit Distribution of Sale Proceeds, Exhibit A (Agreement of Sale), Notice and Order were served upon:

1.    each of the recipients listed below by way of electronic means at the email addresses indicated:

   JEROME B. BLANK on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al.
   paeb@fedphe.com

   REGINA COHEN on behalf of Creditor Ally Financial Inc.
   rcohen@lavin-law.com, ksweeney@lavin-law.com

   KERI P EBECK on behalf of Creditor VW Credit Leasing, Ltd
   kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

   K. KIRK KARAGELIAN on behalf of Creditor BM Manager, Inc.
   karagelian@csklaw.com, devine@csklaw.com

   GEORGE M. LUTZ on behalf of Debtor Tommy Tam
   glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com

   KEVIN G. MCDONALD on behalf of Creditor HSBC BANK USA, NATIONAL ASSOCIATION
   bkgroup@kmllawgroup.com

   KEVIN G. MCDONALD on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al.
   bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor HSBC Bank USA, National Association As Trustee et al
bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor VW Credit Leasing, Ltd
bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE
ecfmail@readingch13.com

DANIEL S. SIEDMAN on behalf of Creditor BM Manager, Inc.
dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

REBECCA ANN SOLARZ on behalf of Creditor VW Credit Leasing, Ltd
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al.
tomysong0@gmail.com

THOMAS SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee et al
tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

MATTEO SAMUEL WEINER on behalf of Creditor VW Credit Leasing, Ltd
bkgroup@kmllawgroup.com

and

2. all addressees on the bankruptcy clerk's mailing matrix, with the exception of those who received service by electronic means as stated in Section 1 above, by first class, United States mail, postage prepaid.

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** */s/ George M. Lutz*

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**