**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In Re:  TOMMY TAM,  Debtor | Chapter 13  Bankruptcy  Bankruptcy No. 17-17147 PMM |
|---|---|

**ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION AND ESCROW OF FUNDS FOR ATTORNEY'S FEES, AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS**

AND NOW, this       day of January 2022, upon consideration of the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission and Escrow of Funds for Attorney's Fees, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that:

1. The Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 1608 West Leesport Road, Leesport, PA  19533, Berks County to Davies Estates LLC for the sum of $425,000.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A.

2. The distributions proposed in the Motion are APPROVED.

3. HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, series 2006-WF1 Mortgage Pass-Through Certificates (Secured Creditor)'s lien shall be paid in full subject to a proper and accurate payoff at the time of sale. The lien

will otherwise remain on the property unless paid in full or Secured Creditor otherwise agrees to accept a lower amount.

    4.      The Debtor shall submit a copy of the HUD-1 Settlement Statement to the Chapter 13 Trustee within 10 days of the date of settlement on the Premises.

                        **BY THE COURT:**

                        _____
                        **Patricia M. Mayer**
                        **United States Bankruptcy Judge**