## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tommy Tam fdba Original Philly Steaks fdba Country Fair Fries & Dogs fdba Country Fair Original Philly Steaks fdba Turkey and Salad Sensations aka Wai Chiu Tam fdba Philly Steaks<br>      Debtor(s) | CHAPTER 13 |
| HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, series 2006-WF1 Mortgage Pass-Through Certificates, its successors and/or assigns<br>      Movant<br>   vs. | NO. 17-17147 PMM |
| Tommy Tam fdba Original Philly Steaks fdba Country Fair Fries & Dogs fdba Country Fair Original Philly Steaks fdba Turkey and Salad Sensations aka Wai Chiu Tam fdba Philly Steaks<br>      Debtor(s) | |
| Scott F. Waterman<br>      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Response to Motion to Sell Property of HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, series 2006-WF1 Mortgage Pass-Through Certificates, which was filed with the Court on or about **January 13, 2022 (Doc. No. 81)**.

               Respectfully submitted,

               /s/ Rebecca A. Solarz, Esq.
               _____
               Rebecca A. Solarz, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               Phone: (215)-627-1322

 Dated: January 14, 2022