UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | |
|---|---|
| TOMMY TAM, | Chapter 13  Bankruptcy |
| Debtor | Bankruptcy No. 17-17147 PMM |

### ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION AND ESCROW OF FUNDS FOR ATTORNEY'S FEES, AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS

AND NOW, this 20th day of January 2022, upon consideration of the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission and Escrow of Funds for Attorney's Fees, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that:

1. The Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 1608 West Leesport Road, Leesport, PA 19533, Berks County to Davies Estates LLC for the sum of $425,000.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A.

2. At settlement on the real property, the following distributions are approved:

   a. to BM Manager, Inc. the sum of $3,387.95 on account of Proof of Claim No. 8.

   b. to the Chapter 13 Trustee, the sum of $6,822.05 as the balance of the amounts owed under the confirmed Chapter 13 Plan.

   c. all real estate taxes and other obligations owed by the Movant that are a lien on the Premises pursuant to the law of the Commonwealth of Pennsylvania or any of its political subdivisions or agencies including, but not limited to, any validly filed mortgages, tax liens, municipal liens, or other liens;

   d. the usual and customary costs of settlement paid by sellers pertaining to the transfer of residential real estate in Berks County, Pennsylvania, including but not limited to the realty transfer tax and real estate taxes, if any;

   e. the Broker's commission of 6.0% of the Purchase Price;

3. HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, series 2006-WF1 Mortgage Pass-Through Certificates (Secured Creditor)'s lien shall be paid in full subject to a proper and accurate payoff at the time of sale. The lien will otherwise remain on the property unless paid in full or Secured Creditor otherwise agrees to accept a lower amount.

4. The Debtor shall submit a copy of the HUD-1 Settlement Statement to the Chapter 13 Trustee within 10 days of the date of settlement on the Premises.

**Date: January 20, 2022**

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge