**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In Re:<br><br>**TOMMY TAM,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-17147 PMM** |
|---|---|

**CERTIFICATE OF SERVICE**

The undersigned, Ashley N. Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on May 13, 2022 true and correct copies of the Revised Motion to Modify Plan with Exhibit A (The Revised Fourth Amended Chapter 13 Plan), Notice and Proposed Order were served upon:

1. each of the recipients listed below by way of electronic means at the email addresses indicated:

    JEROME B. BLANK on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al.
    paeb@fedphe.com

    REGINA COHEN on behalf of Creditor Ally Financial Inc.
    rcohen@lavin-law.com, ksweeney@lavin-law.com

    KERI P EBECK on behalf of Creditor VW Credit Leasing, Ltd
    kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

    K. KIRK KARAGELIAN on behalf of Creditor BM Manager, Inc.
    karagelian@csklaw.com, devine@csklaw.com

    KEVIN G. MCDONALD on behalf of Creditor HSBC BANK USA, NATIONAL ASSOCIATION
    bkgroup@kmllawgroup.com

    KEVIN G. MCDONALD on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al.
    bkgroup@kmllawgroup.com

    KEVIN G. MCDONALD on behalf of Creditor HSBC Bank USA, National Association As Trustee et al
    bkgroup@kmllawgroup.com

    KEVIN G. MCDONALD on behalf of Creditor VW Credit Leasing, Ltd
    bkgroup@kmllawgroup.com

    ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE

ecfmail@readingch13.com

DANIEL S. SIEDMAN on behalf of Creditor BM Manager, Inc.
dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

REBECCA ANN SOLARZ on behalf of Creditor VW Credit Leasing, Ltd
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee For, et. al.
tomysong0@gmail.com

THOMAS SONG on behalf of Creditor HSBC Bank USA, National Association As Trustee et al
tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

MATTEO SAMUEL WEINER on behalf of Creditor VW Credit Leasing, Ltd
bkgroup@kmllawgroup.com

and

2.  all addressees on the bankruptcy clerk's mailing matrix, with the exception of those who received service by electronic means as stated in Section 1 above, by first class, United States mail, postage prepaid.

**Date: May 16, 2022**              Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   */s/ Ashley N. Santana*
_____
**Ashley N. Santana
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610**